```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Phillip O. Sibblies,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

1:23-cv-08725 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the schedule approved by the Court on December 14, 2023, Plaintiff was to file his brief no later than February 19, 2024. (*See* Order, ECF No. 12.) As of the date of this Order, the Court has not received Plaintiff's brief. The Court *sua sponte* extends the time for Plaintiff to file his brief until March 12, 2024. **Failure to comply with this Order may result in the dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).** The Court correspondingly extends the deadline for the Commissioner to file his brief until April 26, 2024 and the deadline for Plaintiff to file any reply until May 10, 2024.

Plaintiff is reminded that the New York County Lawyers Association may be consulted about possible free legal representation in connection with this case. Plaintiff is referred to the flyer attached to this Order.

**SO ORDERED.**

Dated:     New York, New York
             February 27, 2024

                                                        _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge

**New York County Lawyers Association**
**Social Security SDNY Project**
*Pro Bono Programs*

**To all individuals who have Social Security or Supplemental Security Income cases:**

The New York County Lawyers Association (NYCLA) has provided free legal assistance to thousands of people who cannot afford lawyers. If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek at (212) 349-0900. We cannot guarantee that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

Anthe Maria Bova
General Counsel & Director of Pro Bono Programs

---

**A todas las personas que tienen casos de Seguro Social o Seguridad de Ingreso Suplementario:**

El *New York County Lawyers Association* (NYCLA) ha brindado asistencia legal gratuita a miles de personas que no pueden pagar un abogado. Si no puede pagar un abogado, puede calificar para representación legal gratuita en su apelación en el tribunal del 'Southern District of New York.'

Si desea consultar con un abogado, por favor llame a Carolyn A. Kubitschek al (212) 349-0900. No podemos garantizar que todos los que llamen obtengan un abogado, pero estamos comprometidos a brindar representación legal gratuita al mayor número posible de personas en sus apelaciones federales.

Atentamente,

Anthe Maria Bova
Asesora General y Directora de Programas Pro Bono